NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Brett M. Middleton
Johnson Fistel, LLP
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 230-0063

CLEAR FORM

ATTORNEY(S) FOR:  Luke Kahnert

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LUKE KAHNERT, derivatively on behalf of ACTIVISION BLIZZARD, INC | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| ROBERT A. KOTICK, BRIAN KELLY, REVETA BOWERS, ROBERT CORTI, HENDRIK HARTONG III, BARRY MEYER, ROBERT MORGADO, PETER NOLAN, DAWN OSTROFF, DENNIS DURKIN, SPENCER NEUMANN, CASEY WASSERMAN, and ACTIVISION BLIZZARD, INC., a Delaware Corporation       Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                               Luke Kahnert

or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| | |

11/15/2021

Date

Signature

Attorney of record for (or name of party appearing in pro per):

Luke Kahnert