KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
WILMER CUTLER PICKERING HALE
   AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

*Attorneys for Defendants Robert A. Kotick, Brian Kelly, Reveta Bowers, Robert Corti, Hendrik Hartong III, Barry Meyer, Robert Morgado, Peter Nolan, Dawn Ostroff, Dennis Durkin, and Casey Wasserman and Nominal Defendant Activision Blizzard, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE KAHNERT, derivatively on behalf of ACTIVISION BLIZZARD, LTD., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT A. KOTICK, BRIAN KELLY, REVETA BOWERS, ROBERT CORTI, HENDRIK HARTONG III, BARRY MEYER, ROBERT MORGADO, PETER NOLAN, DAWN OSTROFF, DENNIS DURKIN, SPENCER NEUMANN, and CASEY WASSERMAN, <br><br> Defendants, <br><br> ACTIVISION BLIZZARD, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Case No. 2:21-cv-08968-VAP-AFM <br><br> **DEFENDANTS' NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to L.R. 7.1-1, the undersigned, counsel of record for Defendants Robert A. Kotick, Brian Kelly, Reveta Bowers, Robert Corti, Hendrik Hartong III, Barry Meyer, Robert Morgado, Peter Nolan, Dawn Ostroff, Dennis Durkin, and Casey Wasserman, and Nominal Defendant Activision Blizzard, Inc., certifies that as of this date, the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

| | |
|---|---|
| 1) Luke Kahnert | 1) Party – Plaintiff |
| 2) Robert A. Kotick | 2) Party – Defendant |
| 3) Brian Kelly | 3) Party – Defendant |
| 4) Reveta Bowers | 4) Party – Defendant |
| 5) Robert Corti | 5) Party – Defendant |
| 6) Hendrik Hartong III | 6) Party – Defendant |
| 7) Barry Meyer | 7) Party – Defendant |
| 8) Robert Morgado | 8) Party – Defendant |
| 9) Peter Nolan | 9) Party – Defendant |
| 10) Dawn Ostroff | 10) Party – Defendant |
| 11) Dennis Durkin | 11) Party – Defendant |
| 12) Spencer Neumann | 12) Party – Defendant |
| 13) Casey Wasserman | 13) Party – Defendant |
| 14) Activision Blizzard, Inc. | 14) Party – Nominal Defendant |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Nominal Defendant Activision Blizzard, Inc. states that it is a publicly traded company that has no parent company, and that no publicly held company owns 10% or more of Activision Blizzard, Inc.'s stock.  Activision Blizzard, Inc. will supplement this statement within a reasonable time of any change in the above information.

The undersigned is presently unaware of any other parties that must be

disclosed pursuant to Local Rule 7.1-1 or Rule 7.1 of the Federal Rules of Civil Procedure.

Dated: November 18, 2021

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Kevin P. Muck*
    Kevin P. Muck

*Attorneys for Defendants Robert A. Kotick, Brian Kelly, Reveta Bowers, Robert Corti, Hendrik Hartong III, Barry Meyer, Robert Morgado, Peter Nolan, Dawn Ostroff, Dennis Durkin, and Casey Wasserman and Nominal Defendant Activision Blizzard, Inc.*