# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE KAHNERT, derivatively on behalf of ACTIVISION BLIZZARD, LTD., <br>         Plaintiff, <br>   v. <br> ROBERT A. KOTICK, BRIAN KELLY, REVETA BOWERS, ROBERT CORTI, HENDRIK HARTONG III, BARRY MEYER, ROBERT MORGADO, PETER NOLAN, DAWN OSTROFF, DENNIS DURKIN, SPENCER NEUMANN, and CASEY WASSERMAN, <br>         Defendants, <br>   and <br> ACTIVISION BLIZZARD, INC., a Delaware Corporation, <br>         Nominal Defendant. | Case No. 2:21-cv-08968-PA-JEM <br><br> **[PROPOSED] ORDER RE: PLAINTIFF'S APPLICATION TO FILE UNDER SEAL CERTAIN PORTIONS OF THE VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT PURSUANT TO CIVIL LOCAL RULE 79-5** |

Upon consideration of the application to file under seal Plaintiff Luke Kahnert's verified shareholder derivative complaint (the "Complaint"), the papers that Plaintiff submitted in support of the application, the Declaration of Omer Salik that Nominal Defendant Activision Blizzard, Inc. submitted in support of the application, and good cause appearing, the Court **ORDERS** as follows:

1. Plaintiff's application to file under seal is **GRANTED**;

2. The Clerk shall order portions of the Complaint that excerpt, refer to, or describe material designated as "Confidential Information" be entered on the docket under seal; and

3. The portions of the unredacted Complaint that shall be sealed are as follows:

| Complaint Reference | Corresponding Page and Line Citations, and Footnotes |
|---|---|
| Section VII.D. | ii, Table of Contents |
| ¶ 7 | 3:24-27, not including "Company." |
| ¶ 8 | 4:3, not including "by" or "the EEOC, and the DFEH over" <br> 4:4-9, not including "the course of a three-year period." or "But conciliation attempts between the agencies and Activision failed, and" |
| ¶ 9 | 4:19-20, not including "discrimination at the Company," or "and the ongoing pendency of investigations by the DFEH and the" |
| ¶ 106 | 30:15-23, *including* fn.25 <br> 31:1, *including* fn.26 |
| ¶ 107 | 31:2-16, *including* fn. 27, 28, 29, and 30 |
| ¶ 108 | 31:18-19, *including* fn.31 |
| ¶ 111 | 33:26-28 <br> 34:1, *including* fn.32 |
| ¶ 112 | 34:2-10, *including* fn. 33, 34, and 35 |
| ¶ 113 | 34:11-12, *including* fn. 36 |

| | |
|---|---|
| ¶ 114 | 34:13-20, *including* fn. 37, 38, and 39 |
| ¶ 115 | 35:1-2, *including* fn. 40 |
| ¶ 116 | 35:3-4, *including* fn. 41; not including "Then, on October 12, 2018, the" |
| ¶ 118 | 35:9-20, *including* fn. 42, 43, and 44 |
| ¶ 119 | 35:21-22<br>36:1-2, *including* fn. 45 |
| ¶ 120 | 36:3-15, *including* fn. 46 |
| ¶ 121 | 36:16-17, *including* fn. 47 |
| ¶ 122 | 36:18-19, *including* fn. 48 |
| ¶ 124 | 37:5-9, *including* fn. 49 and 50 |
| ¶ 125 | 37:10-21, *including* fn. 51 |
| ¶ 126 | 37:22-25<br>38:1-6, *including* fn. 52 and 53 |
| ¶ 127 | 38:7-8, *including* fn. 54 |
| ¶ 130 | 40:12-25, *including* fn. 55 and 56<br>41:1-2, *including* fn. 57 |
| ¶ 131 | 41:3-4, *including* fn. 58 |
| ¶ 132 | 41:5-22, *including* fn. 59, 60, and 61 |
| ¶ 133 | 42:1-7, *including* fn. 62 |
| ¶ 134 | 42:8-9, *including* fn. 63 |
| ¶ 135 | 42:10-15, *including* fn. 64 and 65 |
| ¶ 136 | 42:16-23, *including* fn. 66<br>43:1-2, *including* fn. 67 |
| ¶ 137 | 43:3-11, *including* fn. 68 and 69 |
| ¶ 138 | 43:12-13, *including* fn. 70 |

| | | |
|---|---|---|
| 1 | ¶ 139 | 43:14-17, *including* fn. 71 |
| 2 | ¶ 140 | 43:18-22, *including* fn. 72 |
| 3 | | 44:1-5, *including* fn. 73 |
| 4 | ¶ 141 | 44:6-14, *including* fn. 74 and 75 |
| 5 | ¶ 142 | 44:15-16, *including* fn. 76 |
| 6 | ¶ 143 | 44:18, not including "the" or "EEOC, and DFEH investigations as well as the un-remediated culture of" |
| 7 | | |
| 8 | ¶ 151 | 51:2, not including "disclosure of the pendency of the" or "DFEH and EEOC investigations or the systemic" |
| 9 | | |
| 10 | ¶ 153 | 51:20-26, *including* fn. 77 |
| 11 | | 52;1-3, *including* fn. 78 |
| 12 | ¶ 154 | 52:4-13, *including* fn. 79 and 80 |
| 13 | ¶ 155 | 52:14-18, *including* fn. 81 |
| 14 | ¶ 156 | 52:19-20, *including* fn. 82 |
| 15 | ¶ 157 | 52:23, not including "EEOC, and DFEH investigations as well as the un-remediated culture of endemic" |
| 16 | | |
| 17 | ¶ 162 | 54:3-18, *including* fn. 83 and 84 |
| 18 | ¶ 163 | 54:19-23, *including* fn. 85 |
| 19 | ¶ 164 | 55:1-8, *including* fn. 86 and 87 |
| 20 | ¶ 165 | 55:9-10, *including* fn. 88 |
| 21 | ¶ 166 | 55:15, not including "with the benefit of nonpublic knowledge of the pendency of the" and "EEOC, and" |
| 22 | | |
| 23 | ¶ 167 | 55:18-21, *including* fn. 89 |
| 24 | ¶ 168 | 55:22-24 |
| 25 | | 56:1-2, *including* fn. 90 |
| 26 | ¶ 169 | 56:3-6, *including* fn. 91 |
| 27 | ¶ 170 | 56:7-11, *including* fn. 92 |

| | |
|---|---|
| ¶ 171 | 56:12-13, *including* fn. 93 |
| ¶ 172 | 56:16, not including "EEOC, and DFEH investigations as well as the un-remediated culture of endemic" |
| ¶ 174 | 57:15-18, *including* fn. 94 and 95 |
| ¶ 175 | 57:19-23, *including* fn. 96 |
| ¶ 176 | 58:1-12, *including* fn. 97 and 98 |
| ¶ 180 | 60:26-27<br>61:1-3, *including* fn. 99 and 100 |
| ¶ 181 | 61:4-10, *including* fn. 101 |
| ¶ 182 | 61:12-13, not including "included Defendants Bowers, Morgado, and Ostroff—" or "Nevertheless, the Individual"<br>61:15, including "existence of and pendency of the" or "EEOC, DFEH investigations" |
| ¶ 183 | 61:16-19, *including* fn. 102 and 103 |
| ¶ 184 | 61:20-23<br>62:1-13, *including* fn. 104, 105, and 106 |
| ¶ 192 | 66:27, not including "pendency of" or "the DFEH and the EEOC's investigations or the" |
| ¶ 202 | 71:25-27<br>72:1, *including* fn. 107 |
| ¶ 203 | 72:4, not including "the DFEH investigation," or "and the endemic" |
| ¶ 204 | 72:6-9, *including* fn. 108 |
| ¶ 216 | 76:11-13 |
| ¶ 217 | 76:14-17 |
| ¶ 218 | 76:18-21 |
| Section VII.D. | 86:5, Heading |
| ¶ 239 | 86:6-8, *including* fn. 110 |

| | | |
|---|---|---|
| | ¶ 240 | 86:9-16, *including* fn. 111 and 112 |
| | ¶ 241 | 86:18-22, *including* fn. 113 |
| | ¶ 242 | 86:23-24<br>87:1-3, *including* fn. 114 |
| | ¶ 252 | 90:2, not including "discrimination investigations by" or "the DFEH and the EEOC, which the" |
| | ¶ 254 | 90:20-21, not including "prospects were better than they actually were, by concealing" or "the ongoing pendency of investigations by the" |
| | ¶ 258 | 92:8-9 |
| | ¶ 266 | 94;20-21, not including "three year pendency of the DFEH and EEOC investigations" |
| | ¶ 267 | 94:24-28, not including "endemic at Activision at every level."<br>95:1-4, *including* fn. 115 and 116 |
| | ¶ 268 | 95:5-12, *including* fn. 117 |
| | ¶ 269 | 95:13-17, *including* fn. 118 |
| | ¶ 270 | 95:18-21<br>96:1-10, *including* fn. 119 and 120 |
| | ¶ 271 | 96:11-14, *including* fn. 121 |
| | ¶ 274 | 97:2, not including "participation in" or "the DFEH and EEOC, and" |
| | ¶ 276 | 97:16, not including "the" or "EEOC, and DFEH investigations as well as the un-remediated culture of" |
| | ¶ 283 | 99:4-5, not including "and endemic sexual harassment and discrimination at the Company," or "and the ongoing pendency of investigations by" |
| | ¶ 291 | 101:4-6, *including* fn. 122; not including "because, in connection with their duties on the Compensation Committee," |

| | | |
|---|---|---|
| | ¶ 292 | 101:10, not including "the existence of and pendency of the" or "EEOC, and DFEH investigations." |
| | ¶ 333 | 109:19, not including "being devoid, entirely, of any disclosure of the pendency of the" or "DFEH or EEOC's" |
| | ¶ 335 | 110:10, not including, "investigation by the" or "DFEH and EEOC for more than two years; and (vi) as a" |

*****

**IT IS SO ORDERED.**

DATED:

_____
UNITED STATES DISTRICT JUDGE