# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE KAHNERT, derivatively on behalf of ACTIVISION BLIZZARD, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. KOTICK, BRIAN KELLY, REVETA BOWERS, ROBERT CORTI, HENDRIK HARTONG III, BARRY MEYER, ROBERT MORGADO, PETER NOLAN, DAWN OSTROFF, DENNIS DURKIN, SPENCER NEUMANN, and CASEY WASSERMAN,<br><br>Defendants,<br><br>-and-<br><br>ACTIVISION BLIZZARD, INC., a Delaware Corporation,<br><br>Nominal Defendant. | Case No. 2:21-cv-08968-VAP<br><br>**ORDER RE: PLAINTIFF'S APPLICATION TO FILE UNDER SEAL CERTAIN PORTIONS OF THE VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br><u>DEMAND FOR JURY TRIAL</u> |

Upon consideration of the application to file under seal Plaintiff Luke Kahnert's verified shareholder derivative complaint (the "Complaint"), the papers submitted in support, and good cause appearing, the Court **ORDERS** as follows:

1.     Plaintiff's application to file under seal is **GRANTED**;

2.     The Clerk shall order the portions of the Complaint that excerpt, refer to, or describe material designated as "Confidential Information" be entered on the docket under seal; and

3.     The portions of the unredacted Complaint that shall be sealed are as follows:

| Complaint Reference | Corresponding Complaint Paragraph Number(s) ("¶") / Bates Number(s) |
|---|---|
| Section VII.D. | ii, Table of Contents |
| ¶ 7 | 3:24–27, not including "Company." |
| ¶ 8 | 4:3, not including "by" or "the EEOC, and the DFEH over" 4:4–9, not including "the course of a three-year period." or "But conciliation attempts between the agencies and Activision failed, and" |
| ¶ 9 | 4:19–20, not including "discrimination at the Company." or "and the ongoing pendency of investigations by the DFEH and the" |
| ¶ 106 | 30:15–23, *including* fn. 25 31:1, *including* fn. 26 |
| ¶ 107 | 31:2–16, *including* fn. 27, 28, 29, and 30 |
| ¶ 108 | 31:18–19, *including* fn. 31 |
| ¶ 111 | 33:26–28 34:1, *including* fn. 32 |
| ¶ 112 | 34:2–10, *including* fn. 33, 34, and 35 |
| ¶ 113 | 34:11–12, *including* fn. 36 |
| ¶ 114 | 34:13–20, *including* fn. 37, 38, and 39 |
| ¶ 115 | 35:1–2, *including* fn. 40 |

1

| ¶ 116 | 35:3–4, *including* fn. 41; not including "Then, on October 12, 2018, the" |
| ¶ 118 | 35:9–20, *including* fn. 42, 43, and 44 |
| ¶ 119 | 35:21–22<br>36:1–2, *including* fn. 45 |
| ¶ 120 | 36:3–15, *including* fn. 46 |
| ¶ 121 | 36:16–17, *including* fn. 47 |
| ¶ 122 | 36:18–19, *including* fn. 48 |
| ¶ 124 | 37:5–9, *including* fn. 49 and 50 |
| ¶ 125 | 37:10–21, *including* fn. 51 |
| ¶ 126 | 37:22–25<br>38:1–6, *including* fn. 52 and 53 |
| ¶ 127 | 38:7–8, *including* fn. 54 |
| ¶ 130 | 40:12–25, *including* fn. 55 and 56<br>41:1–2, *including* fn. 57 |
| ¶ 131 | 41:3–4, *including* fn. 58 |
| ¶ 132 | 41:5–22, *including* fn. 59, 60, and 61 |
| ¶ 133 | 42:1–7, *including* fn. 62 |
| ¶ 134 | 42:8–9, *including* fn. 63 |
| ¶ 135 | 42:10–15, *including* fn. 64 and 65 |
| ¶ 136 | 42:16–23, *including* fn. 66<br>43:1–2, *including* fn. 67 |
| ¶ 137 | 43:3–11, *including* fn. 68 and 69 |
| ¶ 138 | 43:12–13, *including* fn. 70 |
| ¶ 139 | 43:14–17, *including* fn. 71 |
| ¶ 140 | 43:18–22, *including* fn. 72<br>44:1–5, *including* fn. 73 |
| ¶ 141 | 44:6–14, *including* fn. 74 and 75 |
| ¶ 142 | 44:15–16, *including* fn. 76 |

ORDER RE: PLAINTIFF'S APPLICATION TO FILE UNDER SEAL CERTAIN PORTIONS OF THE VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT PURSUANT TO CIVIL LOCAL RULE 79-5

| ¶ 143 | 44:18, not including "the" or "EEOC, and DFEH investigations as well as the un-remediated culture of" |
|---|---|
| ¶ 151 | 51:2, not including "disclosure of the pendency of the" or "DFEH and EEOC investigations or the systemic" |
| ¶ 153 | 51:20–26, *including* fn. 77<br>52:1–3, *including* fn. 78 |
| ¶ 154 | 52:4–13, *including* fn. 79 and 80 |
| ¶ 155 | 52:14–18, *including* fn. 81 |
| ¶ 156 | 52:19–20, *including* fn. 82 |
| ¶ 157 | 52:23, not including "EEOC, and DFEH investigations as well as the un-remediated culture of endemic" |
| ¶ 162 | 54:3–18, *including* fn. 83 and 84 |
| ¶ 163 | 54:19–23, *including* fn. 85 |
| ¶ 164 | 55:1–8, *including* fn. 86 and 87 |
| ¶ 165 | 55:9–10, *including* fn. 88 |
| ¶ 166 | 55:15, not including "with the benefit of nonpublic knowledge of the pendency of the" and "EEOC, and" |
| ¶ 167 | 55:18–21, *including* fn. 89 |
| ¶ 168 | 55:22–24<br>56:1–2, *including* fn. 90 |
| ¶ 169 | 56:3–6, *including* fn. 91 |
| ¶ 170 | 56:7–11, *including* fn. 92 |
| ¶ 171 | 56:12–13, *including* fn. 93 |
| ¶ 172 | 56:16, not including "EEOC, and DFEH investigations as well as the un-remediated culture of endemic" |
| ¶ 174 | 57:15–18, *including* fn. 94 and 95 |
| ¶ 175 | 57:19–23, *including* fn. 96 |
| ¶ 176 | 58:1–12, *including* fn. 97 and 98 |
| ¶ 180 | 60:26–27<br>61:1–3, *including* fn. 99 and 100 |

ORDER RE: PLAINTIFF'S APPLICATION TO FILE UNDER SEAL CERTAIN PORTIONS OF THE VERIFIED
SHAREHOLDER DERIVATIVE COMPLAINT PURSUANT TO CIVIL LOCAL RULE 79-5

| ¶ 181 | 61:4–10, *including* fn. 101 |
|---|---|
| ¶ 182 | 61:12–13, not including "included Defendants Bowers, Morgado, and Ostroff—" or "Nevertheless, the Individual" <br><br> 61:15, not including "existence of and pendency of the" or "EEOC, and DFEH investigations" |
| ¶ 183 | 61:16–19, *including* fn. 102 and 103 |
| ¶ 184 | 61:20–23 <br> 62:1–13, *including* fn. 104, 105, and 106 |
| ¶ 192 | 66:27, not including "pendency of" or "the DFEH and the EEOC's investigations or the" |
| ¶ 202 | 71:25–27 <br> 72:1, *including* fn. 107 |
| ¶ 203 | 72:4, not including "the DFEH investigation," or "and the endemic" |
| ¶ 204 | 72:6–9, *including* fn. 108 |
| ¶ 216 | 76:11–13 |
| ¶ 217 | 76:14–17 |
| ¶ 218 | 76:18–21 |
| Section VII.D. | 86:5, Heading |
| ¶ 239 | 86:6–8, *including* fn. 110 |
| ¶ 240 | 86:9–16, *including* fn. 111 and 112 |
| ¶ 241 | 86:18–22, *including* fn. 113 |
| ¶ 242 | 86:23–24 <br> 87:1–3, *including* fn. 114 |
| ¶ 252 | 90:2, not including "discrimination investigations by" or "the DFEH and the EEOC, which the" |
| ¶ 254 | 90:20–21, not including "prospects were better than they actually were, by concealing" or "the ongoing pendency of investigations by the" |
| ¶ 258 | 92:8–9 |
| ¶ 266 | 94:20–21, not including "three-year pendency of the DFEH and EEOC investigations" |

ORDER RE: PLAINTIFF'S APPLICATION TO FILE UNDER SEAL CERTAIN PORTIONS OF THE VERIFIED
SHAREHOLDER DERIVATIVE COMPLAINT PURSUANT TO CIVIL LOCAL RULE 79-5

| ¶ 267 | 94:24–28, not including "endemic at Activision at every level."<br>95:1–4, *including* fn. 115 and 116 |
|---|---|
| ¶ 268 | 95:5–12, *including* fn. 117 |
| ¶ 269 | 95:13–17, *including* fn. 118 |
| ¶ 270 | 95:18–21<br>96:1–10, *including* fn. 119 and 120 |
| ¶ 271 | 96:11–14, *including* fn. 121 |
| ¶ 274 | 97:2, not including "participation in" or "the DFEH and EEOC, and" |
| ¶ 276 | 97:16, not including "the" or "EEOC, and DFEH investigations as well as the un-remediated culture of" |
| ¶ 283 | 99:4–5, not including "and endemic sexual harassment and discrimination at the Company," or "and the ongoing pendency of investigations by" |
| ¶ 291 | 101:4–6, *including* fn. 122; not including "because, in connection with their duties on the Compensation Committee," |
| ¶ 292 | 101:10, not including "the existence of and pendency of the" or "EEOC, and DFEH investigations." |
| ¶ 333 | 109:19, not including "being devoid, entirely, of any disclosure of the pendency of the" or "DFEH or EEOC's" |
| ¶ 335 | 110:10, not including "investigation by the" or "DFEH and the EEOC for more than two years; and (vi) as a" |

******

**IT IS SO ORDERED.**

DATED:  Nov. 19, 2021

_____
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF
CALIFORNIA

ORDER RE: PLAINTIFF'S APPLICATION TO FILE UNDER SEAL CERTAIN PORTIONS OF THE VERIFIED
SHAREHOLDER DERIVATIVE COMPLAINT PURSUANT TO CIVIL LOCAL RULE 79-5