GIBSON, DUNN & CRUTCHER LLP
CRAIG VARNEN, SBN 170263
  CVarnen@gibsondunn.com
CHAPLIN J. CARMICHAEL, SBN 327176
  CCarmichael@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7922
Facsimile: 213.229.6922

Attorneys for Defendant Spencer Neumann

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE KAHNERT, derivatively on behalf of ACTIVISION BLIZZARD, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT A. KOTICK, BRIAN KELLY, REVETA BOWERS, ROBERT CORTI, HENDRIK HARTONG III, BARRY MEYER, ROBERT MORGADO, PETER NOLAN, DAWN OSTROFF, DENNIS DURKIN, SPENCER NEUMANN, and CASEY WASSERMAN,<br><br>　　　　　Defendants,<br><br>ACTIVISION BLIZZARD, INC., a Delaware Corporation,<br><br>　　　　　Nominal Defendant. | CASE NO. 2:21-cv-08968-PA-JEM<br><br>**DEFENDANT SPENCER NEUMANN'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, counsel of record for Defendant Spencer Neumann, hereby certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION/INTEREST |
|---|---|
| Luke Kahnert | Plaintiff |
| Activision Blizzard, Inc. | Nominal Defendant |
| Robert A. Kotick | Defendant |
| Brian Kelly | Defendant |
| Reveta Bowers | Defendant |
| Robert Corti | Defendant |
| Hendrik Hartong III | Defendant |
| Barry Meyer | Defendant |
| Robert Morgado | Defendant |
| Peter Nolan | Defendant |
| Dawn Ostroff | Defendant |
| Casey Wasserman | Defendant |
| Dennis Durkin | Defendant |
| Spencer Neumann | Defendant |

DATED: November 22, 2021

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Craig Varnen
　　　CRAIG VARNEN

Counsel for Defendant Spencer Neumann