1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE KAHNERT and BOYAN GIGOV, derivatively on behalf of ACTIVISION BLIZZARD, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT A. KOTICK, BRIAN KELLY, REVETA BOWERS, ROBERT CORTI, HENDRIK HARTONG III, BARRY MEYER, ROBERT MORGADO, PETER NOLAN, DAWN OSTROFF, DENNIS DURKIN, SPENCER NEUMANN, and CASEY WASSERMAN, <br><br> Defendants, <br> and <br> ACTIVISION BLIZZARD, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Case No. 2:21-cv-08968-PA-JEM <br><br> **[PROPOSED] ORDER RE: PLAINTIFFS' APPLICATION TO FILE UNDER SEAL CERTAIN PORTIONS OF THE AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT PURSUANT TO CIVIL LOCAL RULE 79-5** |

1    Upon consideration of the application to file under seal Plaintiffs Luke Kahnert
2    and Boyan Gigov's amended verified shareholder derivative complaint (the "Amended
3    Complaint"), the papers that Plaintiffs submitted in support of the application, the
4    Declaration of Omer Salik that Nominal Defendant Activision Blizzard, Inc. submitted in
5    support of the application, and good cause appearing, the Court **ORDERS** as follows:
6        1.    Plaintiffs' application to file under seal is **GRANTED**;
7        2.    The Clerk shall order portions of the Amended Complaint that excerpt, refer
8    to, or describe material designated as "Confidential Information" be entered on the
9    docket under seal; and
10       3.    The portions of the unredacted Amended Complaint that shall be sealed are
11   as follows:

| Am. Compl. Reference | Corresponding Page and Line Citations, and Footnotes |
|---|---|
| Section VII.D. | ii, Table of Contents |
| ¶ 7 | 3:24-27, not including "Company." |
| ¶ 8 | 4:3, not including "by" or "the EEOC, and the DFEH over" |
|  | 4:4-9, not including "the course of a three-year period." or "But conciliation attempts between the agencies and Activision failed, and" |
| ¶ 9 | 4:19-20, not including "discrimination at the Company," or "and the ongoing pendency of investigations by the DFEH and the" |
| ¶ 124 | 40:19-20, not including "the systemic harassment and discrimination at Activision as well as" and "material investigations by government agencies. These improper" |
| ¶ 131 | 47:14-23, *including* fn. 40 and 41 |
| ¶ 132 | 47:24-25 |
|  | 48:1-13, *including* fn. 42, 43, 44, and 45 |
| ¶ 133 | 48:15-16, *including* fn. 46 |

| | | |
|---|---|---|
| 1 | ¶ 136 | 50:22-25, *including* fn. 47 |
| 2 | ¶ 137 | 51:1-9, *including* fn. 48, 49, and 50 |
| 3 | ¶ 138 | 51:10-11, *including* fn. 51 |
| 4 | ¶ 139 | 51:12-19, *including* fn. 52, 53, and 54 |
| 5 | ¶ 140 | 51: 20-21, *including* fn. 55 |
| 6-7 | ¶ 141 | 52:1-2, *including* fn. 56; not including "Then, on October 12, 2018, the" |
| 8 | ¶ 143 | 52:7-18, *including* fn. 57, 58, and 59 |
| 9 | ¶ 144 | 52:19-22, *including* fn. 60 |
| 10 | ¶ 145 | 53:1-12, *including* fn. 61 |
| 11-12 | ¶ 146 | 53:14-15, *including* fn. 62 |
| 13 | ¶ 147 | 53:16-17, *including* fn. 63 |
| 14 | ¶ 149 | 54:3-7, *including* fn. 64 and 65 |
| 15 | ¶ 150 | 54:8-19, *including* fn. 66 |
| 16-17 | ¶ 151 | 54:20-24<br>55:1-5, *including* fn. 67 and 68 |
| 18 | ¶ 152 | 55:6-7, *including* fn. 69 |
| 19-20 | ¶ 155 | 57:14-26, *including* fn. 70 and 71<br>58:1-3, *including* fn. 72 |
| 21 | ¶ 156 | 58:4-5, *including* fn. 73 |
| 22 | ¶ 157 | 58:6-23, *including* fn. 74, 75, and 76 |
| 23 | ¶ 158 | 59:1-7, *including* fn. 77 |
| 24 | ¶ 159 | 59:8-9, *including* fn. 78 |
| 25 | ¶ 160 | 59:10-15, *including* fn. 79 and 80 |
| 26-27 | ¶ 161 | 59:16-23, *including* fn. 81<br>60:1-2, *including* fn. 82 |

| ¶ 162 | 60:3-11, *including* fn. 83 and 84 |
|---|---|
| ¶ 163 | 60:12-13, *including* fn. 85 |
| ¶ 164 | 60:14-17, *including* fn. 86 |
| ¶ 165 | 60:18-22, *including* fn. 87 <br> 61:1-5, *including* fn. 88 |
| ¶ 166 | 61:6-14, *including* fn. 89 and 90 |
| ¶ 167 | 61:15-16, *including* fn. 91 |
| ¶ 168 | 61:18, not including "the" or "EEOC, and DFEH investigations as well as the un-remediated culture of" |
| ¶ 176 | 68:3, not including "disclosure of the pendency of the" or "DFEH and EEOC investigations or the systemic" |
| ¶ 178 | 68:21-26, *including* fn. 92 <br> 69:1-4, *including* fn. 93 |
| ¶ 179 | 69:5-14, *including* fn. 94 and 95 |
| ¶ 180 | 69:15-19, *including* fn. 96 |
| ¶ 181 | 69:20-21, *including* fn. 97 |
| ¶ 182 | 70:1, not including "EEOC, and DFEH investigations as well as the un-remediated culture of endemic" |
| ¶ 187 | 71:4-19, *including* fn. 98 and 99 |
| ¶ 188 | 71:20-24, *including* fn. 100 |
| ¶ 189 | 72:1-8, *including* fn. 101 and 102 |
| ¶ 190 | 72:9-10, *including* fn. 103 |
| ¶ 191 | 72:15, not including "with the benefit of nonpublic knowledge of the pendency of the" or "EEOC, and" |
| ¶ 192 | 72:18-21, *including* fn. 104 |
| ¶ 193 | 72:22-24 <br> 73:1-2, *including* fn. 105 |

| | | |
|---|---|---|
| 1 | ¶ 194 | 73:3-6, *including* fn. 106 |
| 2 | ¶ 195 | 73:7-11, *including* fn. 107 |
| 3 | ¶ 196 | 73:12-13, *including* fn. 108 |
| 4,5 | ¶ 197 | 73:16, not including "EEOC, and DFEH investigations as well as the un-remediated culture of endemic" |
| 6 | ¶ 199 | 74:15-18, *including* fn. 109 and 110 |
| 7 | ¶ 200 | 74:19-23, *including* fn. 111 |
| 8 | ¶ 201 | 75:1-12, *including* fn. 112 and 113 |
| 9,10 | ¶ 205 | 77:26-27<br>78:1-3, *including* fn. 114 and 115 |
| 11 | ¶ 206 | 78:4-10, *including* fn. 116 |
| 12,13,14 | ¶ 207 | 78:12-13, not including "included Defendants Bowers, Morgado, and Ostroff—" or "Nevertheless, the Individual"<br>78:15, including "existence of and pendency of the" or "EEOC, and DFEH investigations" |
| 15 | ¶ 208 | 78:16-19, *including* fn. 117 and 118 |
| 16,17 | ¶ 209 | 78:20-23<br>79:1-13, *including* fn. 119, 120, and 121 |
| 18,19 | ¶ 217 | 83:27, not including "pendency of" or "the DFEH and the EEOC's investigations or the" |
| 20 | ¶ 227 | 88:23-26, *including* fn. 122 |
| 21,22 | ¶ 228 | 89:3, not including "the DFEH investigation," or "and the endemic" |
| 23 | ¶ 229 | 89:5-8, *including* fn. 123 |
| 24 | ¶ 241 | 93:7-9 |
| 25 | ¶ 242 | 93:10-13 |
| 26 | ¶ 243 | 93:14-17 |
| 27 | Section VII.D. | 103:3, Heading |

[PROPOSED] ORDER RE PLAINTIFFS'
APP. TO FILE UNDER SEAL             5             Case No. 2:21-cv-08968-PA-JEM

| | | |
|---|---|---|
| 1 | ¶ 265 | 103:4-6, *including* fn. 126 |
| 2 | ¶ 266 | 103:7-14, *including* fn. 127 and 128 |
| 3 | ¶ 267 | 103:16-20, *including* fn. 129 |
| 4 | ¶ 268 | 103:21-23, *including* fn. 130 |
| 5 | | 104:1-2 |
| 6 | ¶ 278 | 106:28, not including "discrimination investigations by" or "the DFEH and the EEOC, which the" |
| 7 | | |
| 8 | ¶ 280 | 107:18-19, not including "prospects were better than they actually were, by concealing" or "the ongoing pendency of investigations by the" |
| 9 | | |
| 10 | ¶ 284 | 109:4-6 |
| 11 | ¶ 296 | 112:3-17, *including* fn. 132 and 133; not including "spanning through the" or "In" |
| 12 | | |
| 13 | ¶ 298 | 113:15-17, not including "Company since at least" |
| 14 | ¶ 299 | 113:20-26, *including* fn. 134; not including "endemic at Activision at every level." |
| 15 | | 114:1-2, *including* fn. 135 |
| 16 | | |
| 17 | ¶ 300 | 114:3-10, *including* fn. 136 |
| 18 | ¶ 301 | 114:11-15, *including* fn. 137 |
| 19 | ¶ 302 | 114:16-20 |
| 20 | | 115:1-9, *including* fn. 138 and 139 |
| 21 | ¶ 303 | 115:10-13, *including* fn. 140 |
| 22 | ¶ 307 | 116:16-17, not including "to the Company's active undisclosed participation in" or "the DFEH and EEOC, and despite the Company's entrenchment in" |
| 23 | | |
| 24 | ¶ 309 | 117:5-6k, not including "and endemic sexual harassment and discrimination at the Company," or "and the ongoing pendency of investigations by" |
| 25 | | |
| 26 | ¶ 311 | 117:27, not including "benefit or nonpublic knowledge of the pendency of" or "EEOC, and DFEH" |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| ¶ 322 | 120:12-14, *including* fn. 142; not including "because, in connection with their duties on the Compensation Committee," |
| ¶ 323 | 120:18, not including "the existence of a and pendency of the" or "EEOC, and DFEH investigations" |
| ¶ 373 | 131:8, not including, "DFEH or EEOC's investigations or the systemic harassment and discrimination" |
| ¶ 375 | 131:26, not including "investigation by the" or "DFEH and the EEOC for more than two years; and (vi) as a" |

\*\*\*\*\*

**IT IS SO ORDERED.**

DATED:

_____
UNITED STATES DISTRICT JUDGE