UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-8968 PA (JEMx) | Date | January 12, 2022 |
|---|---|---|---|
| Title | Luke Kahnert, et al. v. Robert A. Kotick, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS — COURT ORDER

The Court has before it the parties' Stipulation and Proposed Request for Order Regarding Briefing and Hearing on Motion to Dismiss Amended Verified Shareholder Derivative Complaint. (Docket No. 32) After considering the Stipulation, the Court grants the Stipulation in part and denies the Stipulation in part as follows:

Defendants shall submit the opening briefs in support of their motion to dismiss that are subject to a collective page limit of no more than 35 pages by January 31, 2022. Plaintiff will file one 35-page brief in opposition to the motion(s) to dismiss by February 21, 2022. Defendants shall file their reply brief(s) subject to a collective page limit of no more than 18 pages by March 7, 2022. Defendants motion to dismiss shall be set for hearing on March 21, 2022, at 1:30 p.m.

IT IS SO ORDERED.

: 

Initials of Preparer