1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE KAHNERT and BOYAN GIGOV, derivatively on behalf of ACTIVISION BLIZZARD, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT A. KOTICK, BRIAN KELLY, REVETA BOWERS, ROBERT CORTI, HENDRIK HARTONG III, BARRY MEYER, ROBERT MORGADO, PETER NOLAN, DAWN OSTROFF, DENNIS DURKIN, SPENCER NEUMANN, and CASEY WASSERMAN, <br><br> Defendants, <br><br> -and- <br><br> ACTIVISION BLIZZARD, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Case No. 2:21-cv-08968-PA-JEM <br><br> **ORDER RE: PLAINTIFFS' APPLICATION TO FILE UNDER SEAL CERTAIN PORTIONS OF THE AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT PURSUANT TO CIVIL LOCAL RULE 79-5** <br><br> <u>DEMAND FOR JURY TRIAL</u> |

[PROPOSED] ORDER RE: PLAINTIFFS' APPLICATION TO FILE UNDER SEAL AMENDED VERIFIED
SHAREHOLDER DERIVATIVE COMPLAINT PURSUANT TO CIVIL LOCAL RULE 79-5

Upon consideration of Plaintiffs' application to file under seal the amended verified shareholder derivative complaint (the "Amended Complaint"), the papers submitted in support, and good cause appearing, the Court **ORDERS** as follows:

1. Plaintiffs' application to file under seal is **GRANTED** provisionally subject to further order of the Court;

2. The Clerk shall order the portions of the Amended Complaint that excerpt, refer to, or describe material designated as "Confidential Information" be entered on the docket under seal; and

3. The portions of the unredacted Amended Complaint that shall be sealed are as follows:

| Amended Complaint Reference | Corresponding Amended Complaint Paragraph Number(s) ("¶") / Bates Number(s) |
|---|---|
| Section VII.D. | ii, Table of Contents |
| ¶ 7 | 3:24–27, not including "discrimination at the Company." |
| ¶ 8 | 4:3, not including "by" or "the EEOC, and the DFEH over" <br> 4:4–9, not including "the course of a three-year period." or "But conciliation attempts between the agencies and Activision failed, and" |
| ¶ 9 | 4:19–20, not including "discrimination at the Company," or "and the ongoing pendency of investigations by the DFEH and the" |
| ¶ 124 | 40:19–20, not including "the systemic harassment and discrimination at Activision as well as" and "material investigations by government agencies. These improper" |
| ¶ 131 | 37:14–23, *including* fn. 40 and 41 |
| ¶ 132 | 37:24–25 <br> 48:1–13, *including* fn. 42, 43, 44, and 45 |
| ¶ 133 | 48:15–16, *including* fn. 46 |
| ¶ 136 | 50:22–25, *including* fn. 47 |
| ¶ 137 | 51:1–9, *including* fn. 48, 49, and 50 |
| ¶ 138 | 51:10–11, *including* fn. 51 |

1

[PROPOSED] ORDER RE: PLAINTIFFS' APPLICATION TO FILE UNDER SEAL AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT PURSUANT TO CIVIL LOCAL RULE 79-5

| | |
|---|---|
| ¶ 139 | 51:12–19, *including* fn. 52, 53, and 54 |
| ¶ 140 | 51:20–21, *including* fn. 55 |
| ¶ 141 | 52:1–2, *including* fn. 56; not including "Then, on October 12, 2018, the" |
| ¶ 143 | 52:7–18 *including* fn. 57, 58, and 59 |
| ¶ 144 | 52:19–22, *including* fn. 60 |
| ¶ 145 | 53:1–12, *including* fn. 61 |
| ¶ 146 | 53:14–15, *including* fn. 62 |
| ¶ 147 | 53:16–17, *including* fn. 63 |
| ¶ 149 | 54:3–7, *including* fn. 64 and 65 |
| ¶ 150 | 54:8–19, *including* fn. 66 |
| ¶ 151 | 54:20–24<br>55:1–5, *including* fn. 67 and 68 |
| ¶ 152 | 55:6–7, *including* fn. 69 |
| ¶ 155 | 57:14–26, *including* fn. 70 and 71<br>58:1–3, *including* fn. 72 |
| ¶ 156 | 58:4–5, *including* fn. 73 |
| ¶ 157 | 58:6–23, *including* fn. 74, 75, and 76 |
| ¶ 158 | 59:1–7, *including* fn. 77 |
| ¶ 159 | 59:8–9, *including* fn. 78 |
| ¶ 160 | 59:10–15, *including* fn. 79 and 80 |
| ¶ 161 | 59:16–23, *including* fn. 81<br>60:1–2, including fn. 82 |
| ¶ 162 | 60:3–11, *including* fn. 83 and 84 |
| ¶ 163 | 60:12–13, *including* fn. 85 |
| ¶ 164 | 60:14–17, *including* fn. 86 |

[PROPOSED] ORDER RE: PLAINTIFFS' APPLICATION TO FILE UNDER SEAL AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT PURSUANT TO CIVIL LOCAL RULE 79-5

| | |
|---|---|
| ¶ 165 | 60:18–22, *including* fn. 87 |
| | 61:1–5, *including* fn. 88 |
| ¶ 166 | 61:6–14, *including* fn. 89 and 90 |
| ¶ 167 | 61:15–16, *including* fn. 91 |
| ¶ 168 | 61:18, not including "the" or "EEOC, and DFEH investigations as well as the un-remediated culture of" |
| ¶ 176 | 68:3, not including "disclosure of the pendency of the" or "DFEH and EEOC investigations or the systemic" |
| ¶ 178 | 68:21–26, *including* fn. 92 |
| | 69:1–4, *including* fn. 93 |
| ¶ 179 | 69:5–14, *including* fn. 94 and 95 |
| ¶ 180 | 69:15–19, *including* fn. 96 |
| ¶ 181 | 69:20–21, *including* fn. 97 |
| ¶ 182 | 70:1, not including "EEOC, and DFEH investigations as well as the un-remediated culture of endemic" |
| ¶ 187 | 71:4–19, *including* fn. 98 and 99 |
| ¶ 188 | 71:20–24, *including* fn. 100 |
| ¶ 189 | 72:1–8, *including* fn. 101 and 102 |
| ¶ 190 | 72:9–10, *including* fn. 103 |
| ¶ 191 | 72:15, not including "with the benefit of nonpublic knowledge of the pendency of the" or "EEOC, and" |
| ¶ 192 | 72:18–21, *including* fn. 104 |
| ¶ 193 | 72:22–24 |
| | 73:1–2, *including* fn. 105 |
| ¶ 194 | 73:3–6, *including* fn. 106 |
| ¶ 195 | 73:7–11, *including* fn. 107 |
| ¶ 196 | 73:12–13, *including* fn. 108 |
| ¶ 197 | 73:16, not including "EEOC, and DFEH investigations as well as the un-remediated culture of endemic" |
| ¶ 199 | 74:15–18, *including* fn. 109 and 110 |

[PROPOSED] ORDER RE: PLAINTIFFS' APPLICATION TO FILE UNDER SEAL AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT PURSUANT TO CIVIL LOCAL RULE 79-5

| | |
|---|---|
| ¶ 200 | 74:19–23, *including* fn. 111 |
| ¶ 201 | 75:1–12, *including* fn. 112 and 113 |
| ¶ 205 | 77:26–27<br>78:1–3, *including* fn. 114 and 115 |
| ¶ 206 | 78:4–10, *including* fn. 116 |
| ¶ 207 | 78:12–13, not including "included Defendants Bowers, Morgado, and Ostroff—" or "Nevertheless, the Individual"<br>78:15, not including "existence of and pendency of the" or "EEOC, and DFEH investigations." |
| ¶ 208 | 78:16–19, *including* fn. 117 and 118 |
| ¶ 209 | 78:20–23<br>79:1–13, *including* fn. 119, 120, and 121 |
| ¶ 217 | 83:27, not including "pendency of" or "the DFEH and the EEOC's investigations or the" |
| ¶ 227 | 88:23–26, *including* fn. 122 |
| ¶ 228 | 89:3, not including "the DFEH investigation," or "and the endemic" |
| ¶ 229 | 89:5–8, *including* fn. 123 |
| ¶ 241 | 93:7–9 |
| ¶ 242 | 93:10–13 |
| ¶ 243 | 93:14–17 |
| Section VII.D. | 103:3, Heading |
| ¶ 265 | 103:4–6, *including* fn. 126 |
| ¶ 266 | 103:7–14, *including* fn. 127 and 128 |
| ¶ 267 | 103:16–20, *including* fn. 129 |
| ¶ 268 | 103:21–23, *including* fn. 130<br>104:1–2 |
| ¶ 278 | 106:28, not including "discrimination investigations by" or "the DFEH and the EEOC, which the" |

| | | |
|---|---|---|
| 1 | ¶ 280 | 107:18–19, not including "prospects were better than they actually were, by concealing" or "the ongoing pendency of investigations by the" |
| 2 | ¶ 284 | 109:4–6 |
| 3 | ¶ 296 | 112:3–17, *including* fn. 132 and 133; not including "spanning through the" or "In" |
| 4 | ¶ 298 | 113:15–17, not including "Company since at least" |
| 5 | ¶ 299 | 113:20–26, including fn. 134; not including " endemic at Activision at every level." |
| 6 | | 114:1–2, *including* fn. 135 |
| 7 | ¶ 300 | 114:3–10, *including* fn. 136 |
| 8 | ¶ 301 | 114:11–15, *including* fn. 137 |
| 9 | ¶ 302 | 114:16–20 |
| 10 | | 115:1–9, *including* fn. 138 and 139 |
| 11 | ¶ 303 | 115:10–13, *including* fn. 140 |
| 12 | ¶ 307 | 116:16–17, not including "to the Company's active, undisclosed participation in" or "the DFEH and EEOC, and despite the Company's entrenchment in" |
| 13 | ¶ 309 | 117:5–6, not including "and endemic sexual harassment and discrimination at the Company," or "and the ongoing pendency of investigations by" |
| 14 | ¶ 311 | 117:27, not including "benefit of nonpublic knowledge of the pendency of" or "EEOC, and DFEH" |
| 15 | ¶ 322 | 120:12–14, *including* fn. 142; not including "because, in connection with their duties on the Compensation Committee," |
| 16 | ¶ 323 | 120:18, not including "the existence of and pendency of the" or "EEOC, and DFEH investigations" |
| 17 | ¶ 373 | 131:8, not including "DFEH or EEOC's investigations or the systemic harassment and discrimination" |
| 18 | ¶ 375 | 131:26, not including "investigation by the" or "DFEH and the EEOC for more than two years; and (vi) as a" |

IT IS SO ORDERED.

DATED: January 15, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

5