# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE KAHNERT and BOYAN GIGOV, derivatively on behalf of ACTIVISION BLIZZARD, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT A. KOTICK, BRIAN KELLY, REVETA BOWERS, ROBERT CORTI, HENDRIK HARTONG III, BARRY MEYER, ROBERT MORGADO, PETER NOLAN, DAWN OSTROFF, DENNIS DURKIN, SPENCER NEUMANN, and CASEY WASSERMAN,<br><br>Defendants,<br><br>ACTIVISION BLIZZARD, INC., a Delaware Corporation,<br><br>Nominal Defendant. | Case No.: 2:21-cv-08968-PA-JEM<br><br>**ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND SCHEDULE FOR RESPONDING TO EXISTING COMPLAINT IN LIGHT OF THAT MOTION**<br><br>DEMAND FOR JURY TRIAL<br><br>*Assigned for all purposes to:*<br>*USDC Judge: Hon. Percy Anderson Mag.*<br>*Judge: Hon. John E. McDermott* |

[PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO AMEND
AND SCHEDULE FOR RESPONDING TO EXISTING COMPLAINT

   Plaintiffs Luke Kahnert and Boyan Gigov ("Plaintiffs"), defendants Robert A. Kotick, Brian Kelly, Reveta Bowers, Robert Corti, Hendrik Hartong III, Barry Meyer, Robert Morgado, Peter Nolan, Dawn Ostroff, Dennis Durkin, Casey Wasserman, Spencer Neumann (the "Individual Defendants") and nominal defendant Activision Blizzard, Inc. ("Activision") ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, jointly submit this Stipulation and Proposed Order in order to facilitate orderly and expeditious case management, and in support rely on the following recitals and the attached Declaration of Brett M. Middleton:

   WHEREAS, Plaintiff Kahnert commenced this action by filing a verified shareholder derivative complaint on November 15, 2021 (the "Initial Complaint");

   WHEREAS, Plaintiffs filed an amended verified shareholder derivative complaint (the "First Amended Complaint" [ECF No. 30-2]) on January 7, 2022 that, *inter alia*, added Plaintiff Gigov as a named Plaintiff and expanded the relevant time period;

   WHEREAS, Defendants intend to move to dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 23.1 and 12(b)(6) and, as set forth in this Court's Order [ECF No. 34], Defendants' deadline for filing their moving papers is January 31, 2022;

   WHEREAS, following Activision's announcement on January 18, 2022, that it had entered into an agreement to be acquired by Microsoft Corp., subject to (among other things) shareholder and regulatory approval (the "Proposed Acquisition"), Plaintiffs will be filing a motion for leave to file a further amended complaint to address the Proposed Acquisition pursuant to Fed. R. Civ. P. 15(a)(2) (the "Motion for Leave to Amend");

   WHEREAS, pursuant to Local Rule 7-3, the Parties met and conferred on Plaintiffs' Motion for Leave to Amend on January 24, 2022, and Defendants have advised that they intend to oppose Plaintiffs' motion on the grounds that amendment

would be futile;

WHEREAS, Plaintiffs will accordingly file their Motion for Leave to Amend on Monday, January 31, 2022, and will set the motion for hearing on February 28, 2022, at 1:30 p.m.;

WHEREAS, if the Court grants Plaintiffs' Motion for Leave to Amend, the First Amended Complaint will be superseded;

WHEREAS, in light of the foregoing, the Parties agree that it would be wasteful and inefficient for the Court or the Parties to spend time and resources on motion(s) to dismiss the First Amended Complaint until the Court has decided Plaintiffs' Motion for Leave to Amend;

WHEREAS, in the interests of efficiency and economy, and to avoid potentially unnecessary motion practice, the Parties agree that Defendants should not be required to file their motion(s) to dismiss the First Amended Complaint until after the Court has decided Plaintiffs' Motion for Leave to Amend;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel and subject to approval of the Court, as follows:

1. Defendants need not file any response to the First Amended Complaint until after the Court has decided Plaintiffs' Motion for Leave to Amend pursuant to Fed. R. Civ. P. 15(a)(2);

2. If the Court <u>denies</u> Plaintiffs' Motion for Leave to Amend, then:

   a. Defendants will move to dismiss the First Amended Complaint within ten (10) days following such determination by the Court;

   b. The page limitations previously established by the Court for the opening briefs, opposition briefs, and reply briefs filed in connection with Defendants' motion(s) to dismiss the First Amended Complaint [ECF No. 34] will continue to apply; and

   c. Consistent with the Court's prior order [ECF No. 34], Plaintiffs shall file their opposition papers 21 days following filing of the motion(s) to dismiss, and Defendants shall file their reply papers 14 days following filing of the opposition papers.

3. If the Court <u>grants</u> Plaintiffs' Motion for Leave to Amend, then the schedule for Defendants' responses to a further amended complaint, and any modifications to applicable page limits for briefing motion(s) to dismiss such further amended complaint, shall be established by subsequent order of the Court.

**IT IS SO ORDERED.**

DATED: January 25, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE