KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
WILMER CUTLER PICKERING HALE
   AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

*Attorneys for Defendants Robert A. Kotick, Brian Kelly, Reveta Bowers, Robert Corti, Hendrik Hartong III, Barry Meyer, Robert Morgado, Peter Nolan, Dawn Ostroff, Casey Wasserman, Dennis Durkin and Nominal Defendant Activision Blizzard, Inc.*

[*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE KAHNERT and BOYAN GIGOV, derivatively on behalf of ACTIVISION BLIZZARD, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT A. KOTICK, *et al.*, <br><br> Defendants, <br><br> and <br><br> ACTIVISION BLIZZARD, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Case No. 2:21-cv-08968-PA-JEM <br><br> **ORDER SETTING HEARING ON MOTION TO DISMISS AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** <br><br> Judge: The Honorable Percy Anderson |

# [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, Defendants may notice their motion to dismiss the First Amended Complaint for hearing on May 9, 2022 at 1:30 p.m.

IT IS SO ORDERED.

Dated: March 11, 2022

_____
Percy Anderson
United States District Judge