**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE KAHNERT, et al., | Case No. CV 21-8968 PA (JEMx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| ROBERT A. KOTICK, et al., | |
| Defendants. | |

In accordance with the Court's January 17, 2023 Order granting the Motion to Dismiss filed by defendants Robert A. Kotick, Brian Kelly, Reveta Bowers, Robert Corti, Hendrik Hartong III, Barry Meyer, Robert Morgado, Peter Nolan, Dawn Ostroff, Casey Wasserman, and nominal defendant Activision Blizzard, Inc. ("Defendants") and dismissing plaintiffs Luke Kahnert and Boyan Gigov's ("Plaintiffs") Third Amended Verified Shareholder Derivative Complaint without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiffs is dismissed with prejudice.

. . . .

. . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and Defendants shall have their costs of suit.

DATED: January 17, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE